■ In the Matter of KENNETH RUBINSTEIN, an Attorney.— Upon the court's own motion, respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective February 10, 1987. Concur—Murphy, P. J., Kupferman, Sullivan, Ross and Kassal, JJ.

■ PEOPLE v RICHARD MADDICKS.—Motion granted to extent of vacating this court's order entered on October 14, 1986 [123 AD2d 901] and permitting submission of briefs by parties with respect to a certain hearing, all as indicated. Concur—Sullivan, J. P., Milonas, Kassal and Wallach, JJ.